**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN District of MASSACHUSETTS

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

U.S. BANKRUPTCY COURT

2018 OCT -3 P 2: 31

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Douglas — First name<br>G — Middle name<br>Bezio — Last name<br>_____ Suffix (Sr., Jr., II, III) | _____ First name<br>_____ Middle name<br>_____ Last name<br>_____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____ First name<br>_____ Middle name<br>_____ Last name<br><br>_____ First name<br>_____ Middle name<br>_____ Last name | _____ First name<br>_____ Middle name<br>_____ Last name<br><br>_____ First name<br>_____ Middle name<br>_____ Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 2 0 5<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 1

Debtor 1  **Douglas**    **G**    **Bezio**
       First Name    Middle Name    Last Name

Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ❏ I have not used any business names or EINs. <br><br> **Marven Way Rentals** <br> Business name <br><br> _____ <br> Business name <br><br> 0 1 – 5 5 4 3 2 0 5 <br> EIN <br><br> ___ – _____ <br> EIN | ❏ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> ___ – _____ <br> EIN <br><br> ___ – _____ <br> EIN |
| **5. Where you live** | **135 Marven Way** <br> Number   Street <br><br> _____ <br><br> **Wellfleet**     **MA**     **02667** <br> City     State     ZIP Code <br><br> **Barnstable** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number   Street <br> **735** <br> P.O. Box <br><br> **Wellfleet**     **MA**     **02667** <br> City     State     ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number   Street <br><br> _____ <br><br> _____ <br> City     State     ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number   Street <br> _____ <br> P.O. Box <br><br> _____ <br> City     State     ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ❏ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ <br> _____ <br> _____ | *Check one:* <br><br> ❏ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ❏ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ <br> _____ <br> _____ |

Debtor 1  __Douglas__ __G__ __Bezio__   Case number *(if known)*_____
          First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY
         District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY
         District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes. Debtor _____ Relationship to you _____
         District _____ When ___/___/_____ Case number, if known_____
                                    MM / DD / YYYY

         Debtor _____ Relationship to you _____
         District _____ When ___/___/_____ Case number, if known_____
                                    MM / DD / YYYY

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Douglas G Bezio
          First Name  Middle Name  Last Name

Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Marven Way Rentals
Name of business, if any

135 Marven Way
Number   Street

Wellfleet                    MA      02667
City                         State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number   Street

_____
City                         State   ZIP Code

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 4

Debtor 1  **Douglas    G    Bezio**
          First Name  Middle Name  Last Name

Case number (if known) _____

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Douglas  G  Bezio**
First Name / Middle Name / Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
Tax debts, IRS and State of Massachusetts

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ *[signed]*
Signature of Debtor 1

X _____
Signature of Debtor 2

Executed on  10/3/18
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1  **Douglas  G  Bezio**
First Name   Middle Name   Last Name

Case number (if known) _____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _/s/ Douglas G Bezio_____
Signature of Debtor 1

Date  10/3/18
MM / DD / YYYY

Contact phone  (774) 216-1316

Cell phone  (774) 216-1316

Email address  dbezio@comcast.net

X _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

Contact phone _____

Cell phone _____

Email address _____

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 8

U.S. BANKRUPTCY COURT

2018 OCT -3 P 2: 31

Certificate Number: 15322-MA-CC-031702575

15322-MA-CC-031702575

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 2, 2018, at 1:05 o'clock PM EDT, Doug Bezio received from 1$ Wiser Consumer Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Massachusetts, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 2, 2018              By:     /s/Amy Morris

                                     Name:   Amy Morris

                                     Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
District of Massachusetts

U.S. BANKRUPTCY COURT
2018 OCT -3 P 2: 31

In re

Case No

Chapter 11

Debtor: Douglas G. Bezio

VERIFICATION OF MATRIX

The above –named debtor verifies under penalty of perjury that the attached List of Creditors, which consists of 2 pages and a total of 16 creditors, it true, correct and complete to the best of my knowledge.

Date: 10/3/18

Debtor

Capital One Services LLC
P.O. Box 30248
Salt Lake City, UT  84130-0248

Cohen Cleary LLC
ATTN: Huttleman
10 Commerce Way
Raynham, MA  02767

Convergent Outsourcing INC
800 SW 39th Street, Suite 100
P.O. Box 9004
Renton, WA  98057

Credit One Bank
P.O. Box 98873
Las Vegas, NV  89193-8873

ERC
P.O. Box 57610
Jacksonville, FL  32241

Eversource
247 Station Drive
Westwood, MA  02090

First Premiere Bank
Credit Card Services
P.O. Box 5524
Sioux Falls, SD  57117-5524

First Savings Credit Cards
P.O. Box 5019
Sioux Falls, SD  57117-5019

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

LNNV Funding LLC
P.O. Box 10497
Greenville, SC  29603

LTD Financial Services LLC
3200 Wilcrest Suite 600
Houston, TX  77042-6000

Marci Oil
37 Franklin Street
Provincetown, MA  02657

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 9564
Boston, MA  02114-9564

PNC Bank
Attn:  Bankruptcy Department
P.O. Box 489909
Charlotte, NC  28269-5329

Rushmore Loan Management Services
Attn: Bankruptcy Department
15480 Laguna Canyon Road, Suite 100
Irvine, CA  92618

Val Diviacchi Law Office
111 Beach Street
Boston, MA 02111

Fill in this information to identify your case:

Debtor 1: Douglas G Bezio
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of Massachusetts

Case number (If known): _____

U.S. BANKRUPTCY COURT
2018 OCT -3 P 2: 31

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**
Creditor's Name: IRS 2008 Federal Income Tax
Number Street: Centralized Insolvency Operations
PO Box 7346
City: Philadelphia   State: PA   ZIP Code: 19101
Contact: Customer Service
Contact phone: (800) 973-0424

What is the nature of the claim? 2008 Personal Inc Tax          $ 23,203.38

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):  $ 81,252.38
          Value of security:              - $ 58,049.00
          Unsecured claim                   $ 23,203.38

**2**
Creditor's Name: IRS 2006 Federal Income Tax
Number Street: Centralized Insolvency Operations
PO Box 7346
City: Philadelphia   State: PA   ZIP Code: 19101
Contact: Customer Service
Contact phone: (800) 973-0424

What is the nature of the claim? 2006 Personal Inc Tax          $ 16,451.52

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):  $ 48,044.52
          Value of security:              - $ 31,593.00
          Unsecured claim                   $ 16,451.52

Debtor 1  **Douglas G Bezio**
First Name   Middle Name   Last Name

Case number (if known) _____

**Unsecured claim**

### 3. IRS 2007 Federal Income Tax
Creditor's Name
Centralized Insolvency Operations
Number   Street
PO Box 7346
Philadelphia   PA   19101
City   State   ZIP Code

Customer Service
Contact
(800) 973-0424
Contact phone

What is the nature of the claim? **2007 Personal Inc Tax**      $ 15,285.60

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ 41,297.60
         Value of security:        – $ 26,012.00
         Unsecured claim              $ 15,285.60

### 4. PNC Bank
Creditor's Name
Attn: Bankruptcy Department
Number   Street
PO Box 489909
Charlotte   NC   28269
City   State   ZIP Code

Bankruptcy Department
Contact
(877) 710-3533
Contact phone

What is the nature of the claim? **2nd mortgage**      $ 8,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ 308,000.00
         Value of security:        – $ 300,000.00
         Unsecured claim              $ 8,000.00

### 5. Eversource
Creditor's Name

Number   Street
247 Station Avenue
Westwood   MA   02090
City   State   ZIP Code

Contact
(800) 592-2000
Contact phone

What is the nature of the claim? **electric power**      $ 3,500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $
         Value of security:        – $
         Unsecured claim              $

### 6. IRS 2009 Federal Income Tax
Creditor's Name
Centralized Insolvency Operations
Number   Street
PO Box 7346
Philadelphia   PA   19101
City   State   ZIP Code

Customer Service
Contact
(800) 973-0424
Contact phone

What is the nature of the claim? **2009 Personal Inc Tax**      $ 3,087.29

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ 8,711.29
         Value of security:        – $ 5,624.00
         Unsecured claim              $ 3,087.29

### 7. IRS 2011 Federal Income Tax
Creditor's Name
Centralized Insolvency Operations
Number   Street
PO Box 7346
Philadelphia   PA   19101
City   State   ZIP Code

Customer Service
Contact
(800) 973-0424
Contact phone

What is the nature of the claim? **2011 Personal Inc Tax**      $ 2,112.23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ 7,549.23
         Value of security:        – $ 5,432.00
         Unsecured claim              $ 2,112.23

Debtor 1  Douglas  G  Bezio    Case number (if known) _____
         First Name  Middle Name  Last Name

Unsecured claim

**8**  Capital One Services LLC
Creditor's Name

Number  Street
PO Box 30248

Salt Lake City  UT  84130
City  State  ZIP Code

Customer Solutions Team
Contact

(800) 955-6600
Contact phone

What is the nature of the claim? Credit Card XXXX-4749    $ 1,836.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
  Value of security:  – $ _____
  Unsecured claim  $ _____

**9**  IRS 2010 Federal Income Tax
Creditor's Name

Centralized Insolvency Operations
Number  Street
PO Box 7346

Philadelphia  PA  19101
City  State  ZIP Code

Customer Service
Contact

(800) 973-0424
Contact phone

What is the nature of the claim? 2010 Personal Inc Tax    $ 1,619.95

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):  $ 9,739.95
  Value of security:  – $ 8,120.00
  Unsecured claim  $ 1,619.95

**10**  Credit One Bank
Creditor's Name

Number  Street
PO Box 98873

Las Vegas  NV  89193
City  State  ZIP Code

Collections Dept
Contact

(877) 825-3242
Contact phone

What is the nature of the claim? Credit Card XXXX-6448    $ 1,165.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
  Value of security:  – $ _____
  Unsecured claim  $ _____

**11**  Capital One Services LLC
Creditor's Name

Number  Street
PO Box 30248

Salt Lake City  UT  84130
City  State  ZIP Code

Customer Solutions Team
Contact

(800) 955-6600
Contact phone

What is the nature of the claim? Credit Card XXXX-3875    $ 1,132.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
  Value of security:  – $ _____
  Unsecured claim  $ _____

**12**  Capital One Services
Creditor's Name

Number  Street
PO Box 30248

Salt Lake City  UT  84130
City  State  ZIP Code

Customer Solutions Team
Contact

(800) 955-6600
Contact phone

What is the nature of the claim? Credit Card XXXX-4653    $ 950.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
  Value of security:  – $ _____
  Unsecured claim  $ _____

Debtor 1  Douglas G Bezio   Case number (if known) _____

Unsecured claim

### 13. Capital One Services LLC
Creditor's Name
PO Box 30248
Salt Lake City, UT 84130
Contact: Customer Solutions Team
Contact phone: (800) 955-6600

What is the nature of the claim? Credit card XXXX-3154

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

$ 875.00

### 14. Marci Oil
Creditor's Name
37 Franklin Street
Provincetown, MA 02657
Contact: Accounts Receivable
Contact phone: (508) 487-0219

What is the nature of the claim? furnice service

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

$ 869.98

### 15. First Premiere Bank
Creditor's Name
Credit Card Services
PO Box 5524
Sioux Falls, SD 57117
Contact: Collections Dept
Contact phone: (800) 987-5521

What is the nature of the claim? Credit Card XXXX-0711

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

$ 837.43

### 16. Massachusetts Dept Of Revenue
Creditor's Name
Attn: Bankruptcy Department
PO Box 9564
Boston, MA 02114
Contact: Collections
Contact phone: (800) 392-6089

What is the nature of the claim? Income Taxes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):  $ 21,809.00
  Value of security:  – $ 21,090.00
  Unsecured claim  $ 719.00

$ 719.00

### 17. First Savings Credit Cards
Creditor's Name
PO Box 5019
Sioux Falls, SD 57117
Contact: Collections Dept
Contact phone: (888) 437-0109

What is the nature of the claim? Credit Card XXXX-6756

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

$ 504.00

Debtor 1  **Douglas  G  Bezio**
First Name  Middle Name  Last Name

Case number (if known) _____

                                                                                   Unsecured claim

### 18

**Creditor's Name:** Capital One Services LLC

**Number Street:** PO Box 30248

**City:** Salt Lake City  **State:** UT  **ZIP Code:** 84130

**Contact:** Customer Solutions Team

**Contact phone:** (800) 955-6600

What is the nature of the claim? **Credit Card XXXX-0910**   $ 428.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:                   − $_____
        Unsecured claim                        $_____

### 19

**Creditor's Name:** Credit One Bank

**Number Street:** PO Box 98873

**City:** Las Vegas  **State:** NV  **ZIP Code:** 89193

**Contact:** Collections Dept

**Contact phone:** (877) 825-3242

What is the nature of the claim? **Credit Card XXXX-6936**   $ 850.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:                   − $_____
        Unsecured claim                        $_____

### 20

**Creditor's Name:** Convergent Outsourcing Inc

**Number Street:** 800 SW 39th Street, Suite 100
PO Box 9004

**City:** Renton  **State:** WA  **ZIP Code:** 98057

**Contact:** Customer Service

**Contact phone:** (877) 693-0017

What is the nature of the claim? **Credit Card Collect -1951**   $ 520.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:                   − $_____
        Unsecured claim                        $_____

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _/s/ Douglas G Bezio_    X _____
Signature of Debtor 1         Signature of Debtor 2

Date  **10/03/2018**           Date _____
    MM / DD / YYYY                MM / DD / YYYY