# Certificate of Service

**Case 18-13746-FJB**                                                                                         Date: 10/03/2018

*Debtor*
**Douglas G. Bezio**
P.O. Box 735
Wellfleet, MA 02667
PRO SE

I, Noe Calvo, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.