**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Douglas G. Bezio<br>Debtor,<br>dba Marven Way Rentals | Chapter: 11<br>Case No: 18−13746<br>Judge Joan N. Feeney |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor, Douglas G. Bezio,** was entered on 11/15/2018.

Date:11/30/18

By the Court,

<u>Cynthia Martin</u>
Deputy Clerk
617−748−5323

25